United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Philip Clarke
Carol A. Clarke
Debtors

Case No. 15-12380-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: JEGilmore Page 1 of 1 Date Rcvd: Nov 04, 2019
Form ID: trc Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2019.
NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13513613 +E-mail/Text: bncmail@w-legal.com Nov 05 2019 02:53:36 The Bank of New York Mellon, C/O Weinstein & Riley, P.S., 2001 Western Avenue, Ste. 400, Seattle, WA 98121-3132
TOTAL: 1

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2019 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2019 at the address(es) listed below:
ALBERT J. SCARAFONE, JR. on behalf of Joint Debtor Carol A. Clarke scarafone@comcast.net, ascarafone@gmail.com;r39418@notify.bestcase.com
ALBERT J. SCARAFONE, JR. on behalf of Debtor Philip Clarke scarafone@comcast.net, ascarafone@gmail.com;r39418@notify.bestcase.com
REBECCA ANN SOLARZ on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST VII(B) bkgroup@kmllawgroup.com
United States Trustee USTPRegion03.PH.ECF@usdoj.gov
WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
TOTAL: 5

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-12380-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Philip Clarke
2542 Polk Court
Warrington PA 18976-1769

Carol A. Clarke
2542 Polk Court
Warrington PA 18976-1769

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/01/2019.

Name and Address of Alleged Transferor(s):

Claim No. 2: The Bank of New York Mellon, C/O Weinstein & Riley, P.S., 2001 Western Avenue, Ste. 400, Seattle, WA 98121

Name and Address of Transferee:

U.S. BANK NATIONAL ASSOCIATION, et al
Nationstar Mortgage LLC d/b/a Mr. Cooper
P.O. Box 619094
Dallas, TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/06/19

Tim McGrath
**CLERK OF THE COURT**