```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania

In re:                                                            Case No. 15-12380-elf
Philip Clarke                                                     Chapter 13
Carol A. Clarke
        Debtors                     CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore            Page 1 of 2               Date Rcvd: Jun 16, 2020
                              Form ID: 138NEW            Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2020.
db/jdb         Philip Clarke,    Carol A. Clarke,    2542 Polk Court,    Warrington, PA 18976-1769
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: NATIONSTAR MORTGAGE, LLC.,       PO Box 619096,
                 Dallas, TX 75261-9741)
cr             +PNC Bank, N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
cr             +THE BANK OF NEW YORK MELLON,    Robertson Anschutz & Schneid, P.L.,
                 6409 Congress Ave, Suite 100,     Boca Raton, Fl 33487,    UNITED STATES 33487-2853
13505166        Albert J. Scarafone, Jr.,    1717 Swede Road,    Suite 200,    Blue Bell, PA 19422-3372
13505167      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,      P.O. Box 982235,    El Paso, TX 79998-2235)
13505168       +Barclays Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
13505173        Citibank South Dakota,    PO Box 15687,    Wilmington, DE 19886-0001
13505175       +Citicards CBNA,   701 East 60th Street North,     Sioux Falls, SD 57104-0432
13505174        Citicards CBNA,   701 East 60th Street,     El Paso, TX 79998-2238
13505180       +HSBC Bank Nevada,    1111 Town Center Drive,    Las Vegas, NV 89144-6364
13505179        Hayt, Hayt & Landau,    Two Industrial Way West,    PO Box 500,    Eatontown, NJ 07724-0500
13505184        Nationstar Mortgage,    PO Box 650783,    Dallas, TX 75265-0783
13511063       +PNC BANK, N/A,    P O BOX 94982,    CLEVELAND OHIO 44101-4982
13505186        PNC Bank,   P.O. Box 747024,    Pittsburgh, PA 15274-7024
13505185       +Philips Cohen Associates,    1002 Justison Street,    Wilmington, DE 19801-5148
13505189       +Steamboat Partners, LLC,    366 Park Avenue,    Suite 103,    Glencoe, IL 60022-1592
13505194        TNB-Visa,   PO Box 673,    Minneapolis, MN 55440-0673
14415239       +U.S. BANK NATIONAL ASSOCIATION, et al,     Nationstar Mortgage LLC d/b/a Mr. Cooper,
                 P.O. Box 619094,    Dallas, TX 75261-9094
14389886       +U.S. Bank National Association,     c/o Rebecca A Solarz, Equire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,     Philadelphia, Pa 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 17 2020 04:23:15     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 17 2020 04:22:41
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 17 2020 04:23:13     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13525639        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 17 2020 04:29:09
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
13505169       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 17 2020 04:29:00     Capital One Bank,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
13549062        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 17 2020 04:29:00
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
13505176       +E-mail/Text: kzoepfel@credit-control.com Jun 17 2020 04:23:00     Credit Control, LLC,
                 5757 Phantom Drive,    Suite 330,   Hazelwood, MO 63042-2429
13505177       +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 04:28:55     GE Capital Retail Bank,
                 4125 Windward Plaza Drive,    Alpharetta, GA 30005-8738
13505178       +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 04:28:34     GE Money Bank,   P.O. Box 981071,
                 El Paso, TX 79998-1071
13505171        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 17 2020 04:29:20     Chase Bank USA,
                 800 Brooksedge Boulevard,    Westerville, OH 43081-2895
13505170        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 17 2020 04:29:20     Chase Bank USA,
                 PO Box 15298,    Wilmington, DE 19850
13505172        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 17 2020 04:28:37     Chase/Bank One,
                 P.O. Box 15298,    Wilmington, DE 19850
13505181       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 17 2020 04:29:07     LVNV Funding,
                 P.O. Box 10497,    Greenville, SC 29603-0497
13505182       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 17 2020 04:22:58     Midland Credit Management,
                 8875 Aero Drive, Suite 2,    San Diego, CA 92123-2255
13505183       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 17 2020 04:22:58     Midland Funding, LLC,
                 8875 Aero Drive,    Suite 200,   San Diego, CA 92123-2255
13505165       +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jun 17 2020 04:22:58
                 Office of the United States Trustee,    833 Chestnut Street,    Suite 501,
                 Philadelphia, PA 19107-4405
13505187        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 17 2020 04:28:41
                 Portfolio Recovery Associates,    120 Corporate Boulevard,    Suite 1,   Norfolk, VA 23502
13580955        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 17 2020 04:28:41
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13505188       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 17 2020 04:28:44
                 Resurgent Capital Services,    PO Box 10497,   MS 576,    Greenville, SC 29603-0497
13505190        E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 04:29:17     Syncb/GAP,   PO Box 965005,
                 Orlando, FL 32896-5005
```

```
District/off: 0313-2           User: JEGilmore            Page 2 of 2                  Date Rcvd: Jun 16, 2020
                               Form ID: 138NEW            Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13505191      E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 04:28:34      Syncb/JC Penney,   PO Box 965007,
              Orlando, FL   32896-5007
13505192      E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 04:28:55      Syncb/Lowes,   PO Box 965005,
              Orlando, FL   32896-5005
13505193      E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 04:28:34      Syncb/Wal-Mart,    PO Box 965024,
              Orlando, FL   32896-5024
13513613     +E-mail/Text: bncmail@w-legal.com Jun 17 2020 04:23:03      The Bank of New York Mellon,
              C/O Weinstein & Riley, P.S.,   2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
                                                                                                 TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              The Bank of New York, Mellon, as Trustee for FIRST
13505164*       Carol A. Clarke,   2542 Polk Court,   Warrington, PA   18976-1769
13505163*       Philip Clarke,   2542 Polk Court,   Warrington, PA   18976-1769
                                                                                      TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2020 at the address(es) listed below:
```
              ALBERT J. SCARAFONE, JR.    on behalf of Joint Debtor Carol A. Clarke scarafone@comcast.net,
               ascarafone@gmail.com;r39418@notify.bestcase.com
              ALBERT J. SCARAFONE, JR.    on behalf of Debtor Philip  Clarke scarafone@comcast.net,
               ascarafone@gmail.com;r39418@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST VII(B)
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Philip Clarke and Carol A. Clarke

      Debtor(s)                                    Bankruptcy No: 15−12380−elf

                                                          Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                          Suite 400
                      Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                           For The Court
                                                                   Timothy B. McGrath
                                                                      Clerk of Court

Dated: 6/16/20

                                                                                          36 − 35
                                                                                      Form 138_new