United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Philip Clarke  
Carol A. Clarke  
    Debtors

Case No. 15-12380-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Jul 13, 2020  
                   Form ID: 195       Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2020.
```
db/jdb         Philip Clarke,    Carol A. Clarke,   2542 Polk Court,    Warrington, PA  18976-1769
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:  NATIONSTAR MORTGAGE, LLC.,    PO Box 619096,
              Dallas, TX  75261-9741)
cr             +PNC Bank, N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
cr             +THE BANK OF NEW YORK MELLON,    Robertson Anschutz & Schneid, P.L.,
              6409 Congress Ave, Suite 100,    Boca Raton, Fl  33487,    UNITED STATES 33487-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr          The Bank of New York, Mellon, as Trustee for FIRST  
                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2020 at the address(es) listed below:
```
          ALBERT J. SCARAFONE, JR.    on behalf of Debtor Philip  Clarke scarafone@comcast.net,
           ascarafone@gmail.com;r39418@notify.bestcase.com
          ALBERT J. SCARAFONE, JR.    on behalf of Joint Debtor Carol A. Clarke scarafone@comcast.net,
           ascarafone@gmail.com;r39418@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS
           INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST VII(B)
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
```
                                      TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                            : Chapter 13

Philip Clarke and Carol A. Clarke                                        : Case No. 15–12380–elf
         Debtor(s)

## *ORDER*
_____

   AND NOW, this day , July 13, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

   ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                                                              By The Court

                                                                              Eric L. Frank
                                                                              Judge , United States Bankruptcy Court